STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
JENNIFER L. WAIER (Cal Bar No. 209813)
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2686
     Facsimile: (213) 894-0142
     E-mail:    james.dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 8:21-cr-00053-JVS |
|---|---|
| Plaintiff, | FIRST BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| RONALD SHANE FLYNN, aka "Ronnie Shane", | |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney James E. Dochterman, hereby files its Bill of Particulars for Forfeiture of Property.

   Forfeiture Allegation One of the Indictment notified defendant RONALD SHANE FLYNN (aka "Ronnie Shane") that pursuant to Rule 32.2 of

the Federal Rules of Criminal Procedure the United States will seek forfeiture as part of any sentence of:

    (a)  All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to any of the offenses; and

    (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

The government hereby gives further notice that, with respect to items (a) and (b) above, the government intends to seek the criminal forfeiture of property, including but not limited to the sum of approximately $200,180.28 in funds from one PNC Bank, N.A., bank account seized on March 20, 2022, pursuant to federal seizure warrant 8:22-mj-00195.

Dated: August 19, 2022    Respectfully submitted,

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

   /s/ *James E. Dochterman*
JAMES E. DOCHTERMAN
Assistant United States Attorney
Asset Forfeiture & Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA